*Friday, May 24, 1996*

## MOTION DOCKET

**95–112.** State v. Benge. *Butler County,* No. CA93–06–116. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,

IT IS ORDERED that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

*Tuesday, May 28, 1996*

## MERIT DOCKET

**96–1171.** Northeast Ohio Apt. Assn. v. Eighth Dist. Court of Appeals. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, COOK and STRATTON, JJ., dissent because they would wait for a response, then proceed with a determination under S.Ct.Prac.R. X(5).

*Wednesday, May 29, 1996*

## MERIT DOCKET

**94–2176.** State ex rel. Heller v. Indus. Comm. *Franklin County,* No. 93AP–967. On motion to dismiss by Industrial Commission. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–640.** State ex rel. Linton v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–722.** Harp v. Mohr. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–843.** State ex rel. Fox v. Wilkinson. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–844.** State ex rel. Jackson v. Court of Common Pleas of Cuyahoga Cty. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–847.** State ex rel. Brenner v. Dobie. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–871.** State ex rel. Watts v. Armstrong. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–880.** Dean v. Ohio Department of Rehab. & Corr. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.